[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-10668
Non-Argument Calendar
_____

D.C. Docket No. 4:14-cr-00020-MW-CAS-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES DERRICK BRASWELL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(July 16, 2015)

Before JORDAN, JILL PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for James Derrick Braswell in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Braswell's conviction and sentence is **AFFIRMED**.